UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLGER NESTOR URENA FLORES, | : |
| MARIA SABINA FAJARDO DE URENA, | : |
| MERCEDES BALDROMINA FAJARDO ZUNIGA, | : |
| ANGELICA ANGELITA URENA FAJARDO, | : |
| MIGUEL ANGEL URENA FAJARDO, AND | : |
| MONICA BEATRIZ OBANDO FAJARDO | : |
| | : |
| *Plaintiffs* | : CIVIL NO. 3:08 CV00884 (AVC) |
| | : |
| VS. | : |
| ANTONIO DIBENEDETTO a.k.a ANTONIO | : |
| D.BENNETTO, ANNA DIBENEDETTO, | : |
| GIOVANNI DIBENEDETTO, AND | : |
| FERDINANDO DIBENEDETTO | : |
| *Defendants.* | : JULY 2, 2008 |

### DEFENDANTS' OBJECTION TO APPLICATION FOR PREJUDGMENT REMEDY, TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Local Rule 4(c) and Connecticut General Statutes § 52-278(a) *et seq.*, inclusive of Chapter 903a, the defendants, Antonio DiBenedetto, Anna DiBenedetto, Giovanni DiBenedetto, and Ferdinando DiBenedetto (collectively the "Defendants") object to the plaintiffs' Application for Prejudgment Remedy. In addition, pursuant to Rules 65(a) and (b) of the Federal Rules of Civil Procedure, the defendants object to the plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\22500-22999\22997 A. DIBENEDETTO\002 OLGER FLORES & NESTER URENA VS. USDC - HFK\PLEADINGS\2008\OBJ TO APP FOR PJR.DOC

A.  **Application for Prejudgment Remedy**

The defendants object to the prejudgment remedy sought since they dispute the existence of probable cause as to the plaintiffs' claims and deny that the plaintiffs are owed support. Further, the defendants intend to assert defenses to each and every claim made by the plaintiffs in support of their application for prejudgment remedy.

B.  **Motion for Temporary Restraining Order and Preliminary Injunction**

Likewise, the defendants object to the temporary restraining order and preliminary injunctive relief being sought by the plaintiffs on the ground that the plaintiffs will not be able to demonstrate irreparable harm and a likelihood of success on the merits of their claims. In the alternative, the defendants dispute the plaintiffs' ability to show sufficiently serious questions going to the merits and a balance of hardships tipped decidedly in their favor.

WHEREFORE, the defendants request the opportunity to be heard at a hearing on the plaintiffs' Application for Prejudgment Remedy and Motion for Temporary Restraining Order and Preliminary Injunction, where they will present their defenses and objections to plaintiffs' claims and requests for relief.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\22500-22999\22997 A. DIBENEDETTO\002 OLGER FLORES & NESTER URENA VS. USDC - HFK\PLEADINGS\2008\OBJ TO APP FOR PJR.DOC

Respectfully submitted,

THE DEFENDANTS,
Antonia DiBenedetto, Anna DiBenedetto,
Giovanni DiBenedetto, and Ferdinando
DiBenedetto

BY: _____
HUGH F. KEEFE, ESQ. (ct05106)
MARISA A. BELLAIR, ESQ. (ct23802)
Fed. Bar No. ct05106
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, CT 06510
Telephone: 203-787-0275
Facsimile: 203-782-0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\22500-22999\22997 A. DIBENEDETTO\002 OLGER FLORES & NESTER URENA VS. USDC - HFK\PLEADINGS\2008\OBJ TO APP FOR PJR.DOC

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent electronically on July 2, 2008 to all counsel and *pro se* parties of record as follows:

Jennifer Mellon, Esq.
Shelley A. White, Esq.
New Haven Legal Assistance Assoc., Inc.
426 State Street
New Haven, CT 06510-2018
jmellon@nhlegal.org
swhite@nhlegal.org

Peter Goselin
Livingston, Adler, Pulda, Meiklejohn
and Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Pdgoselin@lapm.org

Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\22500-22999\22997 A. DIBENEDETTO\002 OLGER FLORES & NESTER URENA VS. USDC - HFK\PLEADINGS\2008\OBJ TO APP FOR PJR.DOC