UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| OLGER NESTOR UREÑA FLORES, ET. AL., | \* | |
| PLAINTIFFS | \* | CIVIL DOCKET NO.<br>3:08cv00884(AVC) |
| VS. | \* | |
| ANTONIO DIBENEDETTO a.k.a. ANTONIO<br>D. BENNETTO., ET. AL., | \* | AUGUST 28, 2008 |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION FOR STAY OF PROCEEDINGS
### UNDER 18 U.S.C. § 1595

The Plaintiffs' Complaint, filed on June 11, 2008, includes, *inter alia,* claims brought pursuant to the civil remedy provisions of the Trafficking Victims Protection Reauthorization Act of 2003, 18 U.S.C. § 1595. Subsection **(b)** of § 1595 provides that "(1) [a]ny civil action filed under this section *shall be stayed* during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim. **(2)** In this subsection, a "criminal action" includes *investigation* and prosecution and is

3:08CV0884(AVC) September 4, 2008. The joint motion to stay the proceedings is GRANTED. As the parties have advised the court that there is a criminal investigation arising out of the same occurrence and events that give rise to the causes of action in this civil action, the court hereby orders all proceedings in this case STAYED until such time as the criminal investigation, and any prosecution to which that investigation may lead, are concluded. 18 U.S.C. § 1595(b).
The pending motions in this matter, for a prejudgment remedy (document no. 6), for disclosure of property and assets (document no. 7), and to dismiss (document no. 32), will be denied without prejudice to their refiling once the stay is lifted.
SO ORDERED.

/s/ Alfred V. Covello, USDJ
Alfred V. Covello, U.S.D.J.