UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| OLGER NESTOR UREÑA FLORES, ET. AL., | CIVIL DOCKET NO. |
| PLAINTIFFS | 3:08cv00884(AVC) |
| VS. | |
| ANTONIO DIBENEDETTO a.k.a. ANTONIO D. BENNETTO., ET. AL., | NOVEMBER 24, 2010 |
| DEFENDANTS | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' STATUS REPORT

Plaintiffs' complaint was filed on June 11, 2008. The case raises, *inter alia*, claims pursuant to the Trafficking Victims Protection Reauthorization Act of 2003, 18 U.S.C. Sec. 1595. On August 28, 2008, the parties filed a Joint Motion for Stay of Proceedings which brought to the Court's attention the existence of an ongoing criminal investigation arising from the same occurrence and events giving rise to the civil action. The parties advised the Court that the plain language of 18 U.S.C. 1595(b) requires that any civil action filed under this section be stayed during the pendency of any criminal action.[1] Accordingly, on September 5, 2008, the Court entered an order staying this civil action "until such time as the criminal investigation, and any prosecution to which that investigation may lead, are concluded" citing 18 U.S.C. Sec. 1595(b).

---

[1] Specifically, 18 U.S.C.S. 1595(b)(1) reads: "Any civil action filed under this section shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim."

After receiving the Court's request for a status report, the Plaintiffs made an appropriate inquiry, and determined that the criminal investigation has not been concluded. Therefore, per the Court's Order of September 4, 2008, the stay cannot be lifted at this time.

RESPECTFULLY SUBMITTED,

Sheila Hayre (ct 27757)
Shelley A. White (ct 05727)
New Haven Legal Assistance Assoc., Inc.
426 State Street
New Haven, CT 06510-2018
Tel: (203) 946-4811
Fax: (203) 498-9271
Email: shayre@nhlegal.org
Email: swhite@nhlegal.org


Peter Goselin (ct 16074)
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675 Fax 860-471-8133
pdgoselin@gmail.com

Attorneys for Plaintiffs

## CERTIFICATION

This is to certify that on November 24, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Shelley A. White