## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| OLGER NESTOR URENA FLORES, | : |
| MARIA SABINA FAJARDO DE URENA, | : |
| MERCEDES BALDROMINA FAJARDO ZUNIGA, | : |
| ANGELICA ANGELITA URENA FAJARDO, AND | : |
| MONICA BEATRIZ OBANDO FAJARDO | : |
| | : |
| *Plaintiffs* | : CIVIL NO. 3:08 CV 00884 (AVC) |
| | : |
| VS. | : |
| | : |
| ANTONIO DIBENEDETTO a.k.a ANTONIO | : |
| D.BENNETTO, ANNA DIBENEDETTO, | : |
| GIOVANNI DIBENEDETTO, | : |
| FERDINANDO DIBENEDETTO, AND | : |
| ROCCO'S PASTRY SHOP AND BAKERY LLC | : |
| *Defendants* | : MARCH 21, 2013 |

## MOTION TO DISMISS

Pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure and for the reasons set forth in the Memorandum attached hereto, the defendant in the above-captioned action, Rocco's Pastry Shop and Bakery, LLC hereby moves the court to dismiss Counts One and Three of the plaintiffs' First Amended Complaint as they fail to state a claim upon which relief may be granted.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

A Memorandum of Law in support of this motion is being filed simultaneously with this Motion.

THE DEFENDANT

BY: _____/s/ Hugh F. Keefe_____
Hugh F. Keefe, Esq.
Federal Bar No. ct05106
Matthew D. Popilowski, Esq.
Federal Bar No. ct28869
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, CT 06511
Telephone No. (203) 787-0275
Fax No. (203) 782-0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

## <u>CERTIFICATION OF SERVICE</u>

   This is to certify that on March 21, 2013 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

              /s/Hugh F. Keefe_____

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278