UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

*********************************************
|  |  |
|---|---|
| OLGER NESTOR UREÑA FLORES, ET. AL., | * |
| PLAINTIFFS | * CIVIL DOCKET NO. |
|  | * 3:08cv00884(AVC) |
| VS. | * |
| ANTONIO DIBENEDETTO a.k.a. ANTONIO D. BENNETTO., ET. AL., | * JUNE 28, 2013 |
| DEFENDANTS | * |

*********************************************

## MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R.Civ.P 26(c), the Plaintiffs move for a protective order regarding discovery pertaining to the following matters:

A. Plaintiffs' immigration status, including, but not limited to, Plaintiffs' social security numbers;

B. Plaintiffs' federal and state income tax returns; and

C. Plaintiffs' receipt of federal or state financial assistance, including assistance relating to Plaintiffs' immigration status.

A declaration as to counsel's good faith efforts to resolve this matter and Plaintiffs' Memorandum in Support of this motion are both attached hereto.

Respectfully submitted,
Attorneys for Plaintiffs

_____/s/ Shelley A. White_____
Shelley A. White (ct05727)
Sheila N. Hayre (ct27757)
New Haven Legal Assistance Assoc., Inc.
426 State Street
New Haven, CT 06510-2018
Tel: (203) 946-4811
Fax: (203) 498-9271
Email: swhite@nhlegal.org
Email: shayre@nhlegal.org

Peter Goselin (ct06074)
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, CT 06105
Phone: (860) 580-9675
Email: pdgoselin@gmail.com

## **CERTIFICATION**

This is to certify that on June 28, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ Shelley A. White_____
Shelley A. White(ct05727)