UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| OLGER NESTOR UREÑA FLORES, ET. AL., | |
| PLAINTIFFS | CIVIL DOCKET NO. 3:08cv00884(AVC) |
| VS. | |
| ANTONIO DIBENEDETTO a.k.a. ANTONIO D. BENNETTO., ET. AL., | JUNE 28, 2013 |
| DEFENDANTS | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF COUNSEL REGARDING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

I, Shelley A. White, declare under pains and penalties of perjury, that:

1. I am one of the counsel for plaintiffs in the above-entitled case.

2. Approximately two weeks ago, I spoke by telephone with Attorney Matthew Popilowski who represents the defendants in this case. I asked Attorney Popilowski if defendants would or could agree to limit discovery of certain matters. Specifically, I asked for agreement that defendants would withdraw and/or agree to limit discovery in certain areas; specifically:

   - Plaintiffs' immigration status, including, but not limited to, plaintiffs' social security numbers;
   - Plaintiffs' federal and state income tax returns; and
   - Plaintiffs' receipt of federal or state financial assistance, including assistance relating to plaintiffs' immigration status.

3. Attorney Popilowski stated that defendants would not/could not make an agreement to limit discovery in this manner.

4. Yesterday, by email, I informed Attorney Popilowski of the plaintiffs' intent to file the instant motion for protective order and to represent our lack of agreement with respect to such limitations. Attorney Popilowski confirmed the parties' lack of agreement on these matters.

The above is true and accurate to the best of my knowledge.

Executed this 28th day of June, 2013.

_____
Shelley A. White
Counsel for Plaintiffs

### CERTIFICATION

This is to certify that on June 28, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Shelley A. White
                                                  Shelley A. White (ct05727)