UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

*******************************************
|  |  |
|---|---|
| OLGER NESTOR UREÑA FLORES, ET. AL., | |
| PLAINTIFFS | CIVIL DOCKET NO. 3:08-CV-00884 (AVC) |
| VS. | |
| ANTONIO DIBENEDETTO a.k.a. ANTONIO D. BENNETTO, ET. AL., | DECEMBER 11, 2013 |
| DEFENDANTS | |

*******************************************

### PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AS TO ALL DEFENDANTS

Plaintiffs move, pursuant to Rule 55(a), for an entry of default as to all Defendants. Plaintiffs filed an Amended Complaint in this case on February 8, 2013. Doc. # 82. Defendants made a motion to dismiss that complaint, which was rejected on September 18, 2013. Doc. # 105. Pursuant to Rule 12(a)(4)(A), Defendants had 14 days to file an answer. Thirteen weeks later, Defendants have not done so. Plaintiffs now move the Court to enter a default against all Defendants and request a date by which they may submit a motion for default judgment and evidence in support of that motion.

DATED: December 11, 2013

                                              Attorneys for Plaintiffs

                                        _____/s/_____
                                        James Bhandary-Alexander (ct28135)
                                        Shelley A. White (ct05727)

New Haven Legal Assistance Assoc., Inc.
426 State Street
New Haven, CT 06510-2018
Tel: (203) 946-4811
Fax: (203) 498-9271
Email: jbhandary-alexander@nhlegal.org
Email: swhite@nhlegal.org

Peter Goselin (ct16074)
Law Office of Peter Goselin
557 Prospect Avenue
Hartford, CT  06105-2922
Phone:  (860) 233-9821
Email:  pdgoselin@lapm.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2013 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

     /s/
James Bhandary-Alexander