UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| OLGER NESTOR UREÑA FLORES, ET. AL., | |
| PLAINTIFFS | CIVIL DOCKET NO. 3:08cv00884(AVC) |
| VS. | |
| ANTONIO DIBENEDETTO a.k.a. ANTONIO D. BENNETTO., ET. AL., | DECEMBER 12, 2013 |
| DEFENDANTS | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER, AFFIRMATIVE DEFENSES & JURY CLAIM

## PRELIMINARY STATEMENT

1. The Defendants do not answer Paragraph One because it does not contain any allegations.

2. The Defendants deny that they exploited Plaintiffs by implementing a broad scheme of physical, sexual and verbal abuse, psychological coercion, and threatened abuse of legal process to keep Plaintiffs in their control for less than the wages mandated by federal and state law. The defendants do not answer the remaining part of Paragraph Two because it does not contain any allegations.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

3. The Defendants do not answer Paragraph Three because it does not contain any allegations.

## JURISDICTION AND VENUE

4. The Defendants do not answer Paragraph Four because it does not contain any allegations.

5. The Defendants do not answer Paragraph Five because it does not contain any allegations.

## PARTIES

6. As to Paragraph Six, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

7. As to Paragraph Seven, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

8. As to Paragraph Eight, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

9. As to Paragraph Nine, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

10. As to Paragraph Ten, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

2

11. As to Paragraph Eleven, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

### DEFENDANTS

12. The Defendants admit that Antonio DiBenedetto is the owner, operator, member, and manager of Rocco's Bakery.  As to the remaining allegations, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

13. Admitted.

14. As to Paragraph Fourteen, it is admitted that Anna DiBenedetto is the wife of Antonio DiBenedetto.  The remaining allegations are denied.

15. As to Paragraph Fifteen, it is admitted that Giovanni DiBenedetto is the son of Anna DiBenedetto and Antonio DiBenedetto.  As to the remaining allegations, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

16. As to Paragraph Sixteen, it is admitted that Ferdinando DiBenedetto is the son of Anna DiBenedetto and Antonio DiBenedetto.  As to the remaining allegations, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

3

17. As to Paragraph Seventeen, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

18. As to Paragraph Eighteen, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

19. As to Paragraph Nineteen, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

20. As to Paragraph Twenty, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

21. As to Paragraph Twenty-One, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

22. As to Paragraph Twenty-Two, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

23. As to Paragraph Twenty-Three, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

24. As to Paragraph Twenty-Four, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

25. As to Paragraph Twenty-Five, the Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

4

26. Admitted.

## STATEMENT OF FACTS

27. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

28. Denied.

29. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

30. Denied.

31. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

32. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

33. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

34. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

35. Denied.

36. Denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

5

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

44. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

6

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

62. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

63. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

64. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

65. Denied.

66. Denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

7

67. Denied.

68. Denied.

69. Denied.

70. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

71. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

72. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

73. The Defendants have insufficient knowledge from which to form an opinion or belief and, therefore, leave the Plaintiffs to their proof.

## **COUNT ONE**

74. The Defendants repeat and incorporate the answers contained in paragraphs 1 through 73 of this Answer as fully set forth herein.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

## COUNT TWO

79. The Defendants repeat and incorporate the answers contained in paragraphs 1 through 73 of this Answer as fully set forth herein.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

## COUNT THREE

84. The Defendants repeat and incorporate the answers contained in paragraphs 1 through 73 of this Answer as fully set forth herein.

85. Denied.

86. Denied.

## COUNT FOUR

87. The Defendants repeat and incorporate the answers contained in paragraphs 1 through 73 of this Answer as fully set forth herein.

88. Denied.

89. Denied.

90. Denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

## COUNT FIVE

91. The Defendants repeat and incorporate the answers contained in paragraphs 1 through 73 of this Answer as fully set forth herein.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

## COUNT SIX

96. The Defendants repeat and incorporate the answers contained in paragraphs 1 through 73 of this Answer as fully set forth herein.

97. Denied.

98. Denied.

99. Denied.

## COUNT SEVEN

100. The Defendants repeat and incorporate the answers contained in paragraphs 1 through 73 of this Answer as fully set forth herein.

101. Denied.

102. Denied.

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

10

103.	Denied.

## AFFIRMATIVE DEFENSES

*First Affirmative Defense*

The plaintiffs have failed to state a claim upon which relief can be granted.

*Second Affirmative Defense*

The plaintiffs failed to mitigate her damages.

*Third Affirmative Defense*

All or part of the plaintiffs' claims are barred by the statute of limitations.

## JURY CLAIM

The Defendants request trial by jury.

THE DEFENDANTS

/s/     HUGH F. KEEFE
HUGH F. KEEFE
Federal Bar No. ct05106
Lynch, Traub, Keefe, & Errante
52 Trumbull Street
New Haven, CT 06510
Phone:  (203) 787-0275
Fax:  (203) 782-0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

11

## CERTIFICATE OF SERVICE

  I hereby certify that on the above date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/  HUGH F. KEEFE

LYNCH, TRAUB, KEEFE AND ERRANTE, P.C.
ATTORNEYS AT LAW - P.O. BOX 1612 - NEW HAVEN, CT 06506-1612
(203) 787-0275 - JURIS NO. 34876

W:\22500-22999\22997 A. DiBenedetto\002 Olger Flores & Nester Urena vs. USDC - HFK\Pleadings\2013\Answer.docx

12